1108

Concur — Botein, P. J., Stevens, Steuer, Capozzoli and Rabin, JJ.

FRIEDA LIEBMAN, Appellant, v. NATHAN HIRSCHMAN et al., Respondents.—

Concur — Stevens, J. P., Eager, Steuer, Tilzer and McNally, JJ.

KATHLEEN MCDERMOTT, Appellant, v. RICHARD T. PATON, Respondent, et al., Defendants.—

Concur — Botein, P. J., Eager, Tilzer, Rabin and McNally, JJ.

(November 14, 1967)

GERALDINE LEFFT, Appellant, v. HAROLD H. LEFFT, Respondent.—

Concur — Steuer, J. P., Tilzer, Rabin, McGivern, and Bastow, JJ.

GERALDINE LEFFT, Respondent, v. HAROLD H. LEFFT, Appellant.—